FILED
HARRISBURG

JUN 2 2 2010

MARY E. D'ANDREA, CLERK
Per: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:10-CR-00190 |
| v. | : | |
| JOHN H. HUGHES | : | |

P L E A

AND NOW, this 22nd day of _____June_____, the within named defendant, hereby enters a plea of __Not Guilty__ to the within Indictment.

_____
(Defendant's Signature)

_____
(Defense Counsel)