UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.1:10-CR-0190 |
| | : | Chief Judge Kane |
| v. | : | |
| | : | |
| John H. Hughes, Jr. | : | |
| Defendant | : | |

### ORDER

The defendant having appeared on June 22, 2010 and having tendered a plea of not guilty, **IT IS HEREBY ORDERED** that the jury selection and trial for the defendant is scheduled for 9:30 a.m. on *August 2, 2010,* in Courtroom Number 4, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. Trial will commence following jury selection or following previously scheduled criminal trials. An additional scheduling order will be entered by the District Court.

**s / Martin C. Carlson**

---
Martin C. Carlson
Magistrate Judge