UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 1:10-190 |
| | ) | (Chief Judge Kane) |
| v. | ) | |
| | ) | (Magistrate Judge Carlson) |
| | ) | |
| JOHN HUGHES, JR. AND | ) | |
| ANGEL RODRIGUEZ | ) | |

FILED
HARRISBURG, PA
JUN 2 3 2010
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

## MOTION TO UNSEAL

**AND NOW**, the United States of America, by its undersigned counsel, moves to unseal the Indictment in this case and in support thereof states as follows: At the request of the United States, the indictment and arrest warrant in this case were previously sealed by Order of this Court pursuant to Rule 6 of the Federal Rules of Criminal Procedure. Due to:

[x] The arrest of the defendants;

it appears that it is not necessary for the documents remain sealed. Therefore, the United States hereby requests that the case be unsealed.

Respectfully submitted,

DENNIS C. PFANNENSCHMIDT
UNITED STATES ATTORNEY

BY: *Christy H. Fawcett*
CHRISTY H. FAWCETT
ASSISTANT U.S. ATTORNEY

## ORDER

SO ORDERED this 23 day of June, 2010.

*Martin C. Carlson*
MARTIN C. CARLSON
United States Magistrate Judge