IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**JOHN H. HUGHES, JR.,**         :
    Petitioner                 :         No. 1:10-cr-00190-01
                               :
v.                              :
                               :         (Judge Kane)
**UNITED STATES OF AMERICA,**    :
    Respondent                 :

## ORDER

AND NOW, on this 4th day of February 2015, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's motion for leave to supplement his motion to vacate (Doc. No. 221) is **GRANTED** to the extent that the Court incorporated his supplemental filing into the Petition and considered its merits;

2. Petitioner John H. Hughes, Jr.'s motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 (Doc. Nos. 210), including the arguments raised in Petitioner's supplemental filing (Doc. No. 221-1), is **DENIED**;

3. A certificate of appealability **SHALL NOT ISSUE**; and

4. The Clerk of Court is directed to close the case.

                                        S/ Yvette Kane
                                        Yvette Kane, District Judge
                                        United States District Court
                                        Middle District of Pennsylvania